No. 312. THE NATIONAL TELEPHONE MFG. CO., PLAINTIFF IN ERROR, *v.* THE AMERICAN BELL TELEPHONE COMPANY. In error to the Circuit Court of the United States for the District of Massachusetts. Motion to dismiss

submitted October 28, 1912. Decided November 11, 1912. *Per Curiam :* Dismissed for the want of jurisdiction. *Carey* v. *Houston & T. C. R. Co.*, 150 U. S. 170, 181; *American Sugar Refining Co.* v. *United States*, 211 U. S. 155, 161–162, and cases cited. Cause remanded to the District Court of the United States for the District of Massachusetts. *Mr. Louis T. Michener* and *Mr. Samuel W. Emery* for the plaintiff in error. *Mr. Robert M. Morse* and *Mr. Charles H. Swan* for the defendant in error.